# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9268-CAS (JEM) | Date | Dec. 22, 2020 |
|---|---|---|---|
| Title | David H. McClure v. The County of Los Angeles California, et al. | | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On November 9, 2020, the Court issued a Memorandum and Order Dismissing Complaint With Leave to Amend ("Dismissal Order"), in which the Complaint was dismissed with leave to amend and Plaintiff was ordered to file a First Amended Complaint ("FAC") within thirty days.

To date, Plaintiff has failed to file a FAC or otherwise communicate with the Court regarding his failure to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Plaintiff's failure to file a FAC. Plaintiff shall file a written response to this Order to Show Cause no later than **January 5, 2021**. Cause may be shown if Plaintiff files a FAC by this deadline.

Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

:
Initials of Preparer   slo