JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID H. MCCLURE,

    Plaintiff,

v.

THE COUNTY OF LOS ANGELES CALIFORNIA, et al.,

    Defendants.

Case No. CV 20-9268-CAS (JEM)

**JUDGMENT**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: April 23, 2021

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE